# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GLEN MONROE AUSTIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:07CV239 |
| | ) | |
| JAMES HARDY, | ) | |
| | ) | |
| Respondent. | ) | |

**O-R-D-E-R**

On June 6, 2007, the same date that the Recommendation of the undersigned was filed, this case was assigned to me on consent jurisdiction pursuant to 28 U.S.C. § 636(c). Nevertheless, the Recommendation was served on all parties and Petitioner has now filed his objections. The objections are unavailing for two reasons. First, the objections are merely broadbrush, general, and conclusory without directing the court to a specific error; therefore, the court may decline to conduct a de novo review. *See Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982); *see also Smith v. Nuth*, No. 96-6614, 1996WL 593792 (4th Cir. Oct. 16, 1996) ("Because general objections do not direct the [district] court's attention to any specific portions of the [Recommendation], general objections . . . are tantamount to a failure to object."). *Cf. United States v. Midgette*, No. 05-4765, 2007 WL 572127, at *4 (4th Cir. Feb. 26, 2007) ("Section 636(b)(1) does not countenance a form of generalized objection to cover all issues addressed by the magistrate judge;

it contemplates that a party's objection to a magistrate judge's report be specific and particularized, as the statute directs the district court to review only '*those portions* of the report or *specified* proposed findings or recommendations *to which objection is made.*'") (emphasis in original) (citations omitted). Second, even on a de novo review, Petitioner has presented nothing that shows an entitlement to relief on the statute-of-limitations bar.

Accordingly, for these reasons, the court adopts the Recommendation as its Order dismissing the petition on statute of limitations grounds. Respondent's motion (docket no. 4), therefore, is GRANTED and the petition is DISMISSED. A judgment conforming to this order will be entered simultaneously herewith.

_____
Wallace W. Dixon
United States Magistrate Judge

August 7, 2007